**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **In re:** | | |
| **JAMES PAUL COLLIER,** | ) | |
| | ) | |
| **Debtor.** | ) | |

| | | |
|---|---|---|
| **DEBRA LINSTROTH,** | ) | |
| | ) | |
| **Appellant,** | ) | |
| | ) | **No. 3:07-cv-135** |
| **v.** | ) | **(Phillips)** |
| | ) | |
| **JAMES PAUL COLLIER,** | ) | |
| | ) | |
| **Appellee.** | ) | |

**JUDGMENT ON DECISION BY THE COURT**

The case came before the court on plaintiff Debra Linstroth's appeal from the Order

of the Honorable Marcia Phillips Parsons, United States Bankruptcy Judge.  The Honorable

Thomas W. Phillips, United States District Judge, having rendered a decision on the appeal,

**IT IS ORDERED AND ADJUDGED** that the Order of January 31, 2007 is

**AFFIRMED**.

**IT IS SO ORDERED**.

**ENTER:**

    s/ Patricia L. McNutt
        Clerk of Court